IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DALE SCOTT HEINEMAN; KURT F.<br>JOHNSON; THE DOREAN GROUP;<br>WILLIAM JULIAN; FARREL J.<br>LECOMPTE, JR.; SARA J. MAGOON; and<br>CHARLES DEWEY TOBIAS,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. CR 05-00611 WHA<br><br>**ORDER RE CAPITALIZATION<br>OF DEFENDANTS' NAMES** |

Defendants Dale Scott Heineman and Kurt F. Johnson request to be set free and to be dismissed as defendants because they spell their names "Dale Scott Heineman" and "Kurt F. Johnson," whereas the indictment sometimes spells their names with only upper-case letters, *i.e.*, "DALE SCOTT HEINEMAN" and "KURT F. JOHNSON." Heineman and Johnson alternatively ask for an evidentiary hearing on their identities or for an order declaring that they are the defendants and requiring the indictment to be amended to change the capitalization style. The disagreement over capitalization provides no basis for any of the relief requested. The requests for relief are **DENIED**.

Heineman and Johnson claim that "DALE SCOTT HEINEMAN" and "KURT F. JOHNSON" do not identify them and denote instead two "Cestui Que Trusts."[*] They argue

---

[*] In reality, a cestui que trust is simply the beneficiary of a trust. Black's Law Dictionary (8th ed. 2004).)

therefore that they are being held for the alleged crimes of the cestui que trusts, in violation of the Due Process Clause and the Sixth Amendment (Br. 2, 5). Defendants cite to no authority in making their arguments. The government has remained constant in its position that the defendants named in the indictment include Heineman and Johnson.

Defendants vigorously have persisted in this "misnomer" argument since they first appeared before the Court. It is a creative endeavor based on a formalistic but fanciful distinction. The emptiness of this argument must be clear by now. The Court gives the indictment a reasonable construction, one that interprets the defendants' names — whether spelled using only upper-case letters or using both upper- and lower-case letters — to designate the men who filed the instant request for relief. It is time that defendants turned their considerable intelligence toward viable defense strategies.

**IT IS SO ORDERED.**

Dated: June 6, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE