IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

KURT F. JOHNSON,

    Defendant.

No. CR 05-00611 WHA

**ORDER GRANTING DEFENDANT JOHNSON LEAVE TO FILE A MEMORANDUM IN SUPPORT OF HIS MOTION TO VACATE, SET ASIDE, OR CORRECT HIS SENTENCE UNDER SECTION 2255**

      Defendant Kurt Johnson moves to vacate, set aside, or correct his sentence under Section 2255 via a form motion, which briefly lays out the four grounds for his motion. Defendant also requests leave to file a memorandum of law in support of his motion. Defendant states that "[u]nder § 2255, a Movant is instructed not to cite any case law and to only state concisely all the facts." There is no such rule. Therefore, defendant is granted leave to file a memorandum in support of his motion, by **MAY 27, 2011**. Defendant shall please clearly set forth why the grounds in his motion state a claim on which relief could be granted, based on both factual allegations and legal authority.

      **IT IS SO ORDERED.**

Dated: April 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE