**United States District Court**
For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,
                                              No. CR 05-00611 WHA
11          Plaintiff,
12      v.
                                              **ORDER GRANTING DEFENDANT**
13   KURT F. JOHNSON,                         **JOHNSON EXTENSION OF TIME**
                                              **TO FILE A MEMORANDUM**
14          Defendant.
                                        /
15
16          Defendant Kurt Johnson's request for an extension to file his memorandum in support of
17   his motion to vacate, set aside, or correct his sentence under Section 2255 is **GRANTED**.
18   Defendant may file his memorandum by **JUNE 24, 2011**.  The Clerk shall serve this order on
19   defendant Johnson at his F.C.I. Herlong address listed on the docket.
20
21          **IT IS SO ORDERED.**
22
23   Dated:  May 31, 2011.
                                              WILLIAM ALSUP
24                                            UNITED STATES DISTRICT JUDGE
25
26
27
28